# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| HERBERT I SAVOY, JR #605442 | CIVIL ACTION NO. 24-1368 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SGT LAFALS, ET AL. | MAGISTRATE JUDGE AYO |

## JUDGMENT

Before this Court is the *sua sponte* Report and Recommendation of the Magistrate Judge, recommending dismissal of all claims by Plaintiff Herbert I. Savoy, Jr., proceeding *pro se* and *in forma pauperis* in this matter (Record Document 5). Based on Savoy's *in forma pauperis* status, review of this suit for frivolity, maliciousness, and failure to state a claim upon which relief may be granted is specifically authorized by 28 U.S.C. § 1915(e)(2)(B)(i)–(iii). After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation issued by the Magistrate Judge (Record Document 5), all claims by Plaintiff Herbert I. Savoy, Jr. are **DENIED** and **DISMISSED WITH PREJUDICE** based on findings of frivolity and failure to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE